# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| **RAMONA PUGH** | : | **VIOLATIONS:** |
| | : | 21 U.S.C. § 952(a) and § 963 |
| Defendant. | : | (Conspiracy to Import Heroin) |
| | : | |
| | : | **FORFEITURE: 21 U.S.C. § 853(a) & (p)** |

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

Between in or about December 2013 and January 2014, within the District of Columbia, and elsewhere, **RAMONA PUGH,** defendant, did knowingly and willfully combine, conspire, confederate, and agree together with another person or persons, both known and unknown to the United States, to knowingly, intentionally, and unlawfully import into the United States from India a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 963.

(**Conspiracy to Import Heroin**, in violation of Title 21, United States Code, Sections 952(a) and 963)

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this

offense. The United States will also seek a forfeiture money judgment against the defendant in the amount of $23,040.00.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

Respectfully submitted,

VINCENT H. COHEN, JR.
United States Attorney
D.C. Bar No. 471489

By: _____
KENNETH F. WHITTED
Assistant United States Attorney
D.C. Bar No. 430346
555 4th Street, N.W., Suite 4820
Washington, D.C. 20530
(202) 252-7722
Kenneth.Whitted@usdoj.gov